IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JIM S. ADLER, P.C. and JIM ADLER, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:19-cv-02026-E |
| § | |
| LAW STREET MARKETING, LLC d/b/a § | |
| PREMIUM INJURY HELP, EXCLUSIVE § | **JURY DEMANDED** |
| LEGAL MARKETING, INC. d/b/a § | |
| PREMIUM INJURY HELP, DEANA § | |
| BRYANT, COETY BRYANT a/k/a CODY § | |
| BRYANT, and RAMJI LAW GROUP, P.C., § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the parties' Settlement Agreement, Plaintiffs Jim S. Adler, P.C. and Jim Adler hereby dismiss their claims against Defendants Law Street Marketing, LLC d/b/a Premium Injury Help, Exclusive Legal Marketing, Inc. d/b/a Premium Injury Help, Deana Bryant, and Coety Bryant a/k/a Cody Bryant without prejudice. Plaintiffs' claims against Defendant Ramji Law Group P.C. remain pending.

Respectfully submitted,

Date: December 20, 2019

*s/Jered E. Matthysse*
Jered E. Matthysse
Texas Bar No. 24072226
Giulio Yaquinto
Texas Bar No. 24107292
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, Texas 78702
Telephone: (512) 322-5200
Fax: (512) 322-5201
jmatthysse@pirkeybarber.com
gyaquinto@pirkeybarber.com

Kurt Kuhn
Texas Bar No. 24002433
KUHN HOBBS PLLC
3307 Northland Drive, Suite 310
Austin, Texas 78731
Telephone: (512) 476-6005
Fax: (512) 476-6002
kurt@kuhnhobbs.com

and

Garrett W. Mize
Texas Bar No. 24089610
JIM S. ADLER AND ASSOCIATES
The Tower at City Place
2711 North Haskell Avenue, Suite 2500
Dallas, Texas 75204
Telephone: (214) 220-3224
Fax: (214) 220-3233
gmize@jimadler.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. A copy of the foregoing is being served upon the Defendants on December 20, 2019 as indicated below:

**Via First-Class Mail**
Deana Bryant
Law Street Marketing, LLC
2134 Sleepy Hollow Trail
Frisco, Texas 75033

**Via First-Class Mail**
Deana Bryant
2134 Sleepy Hollow Trail
Frisco, Texas 75033

**Via First-Class Mail**
Coety Bryant
Exclusive Legal Marketing, LLC
2701 Little Elm Parkway 535
Little Elm, Texas 75068

**Via First-Class Mail**
Coety Bryant
2134 Sleepy Hollow Trail
Frisco, Texas 75033

*s/Jered E. Matthysse*
Jered E. Matthysse